NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEXTEEL CO., LTD.,**
*Plaintiff-Appellee*

**SEAH STEEL CORP.,**
*Plaintiff-Cross-Appellant*

v.

**UNITED STATES, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC.,**
*Defendants-Appellees*

**UNITED STATES STEEL CORPORATION,**
*Defendant-Appellant*

---

2021-1334, 2021-1430

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00083-JCG, Judge Jennifer Choe-Groves.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

# ORDER

SeAH Steel Corp. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue June 2, 2022.

FOR THE COURT

May 26, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

---

[1] Circuit Judge O'Malley retired on March 11, 2022.