# United States Court of Appeals for the Federal Circuit

---

**NEXTEEL CO., LTD.,**
*Plaintiff-Appellee*

**SEAH STEEL CORP.,**
*Plaintiff-Cross-Appellant*

v.

**UNITED STATES, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC.,**
*Defendants-Appellees*

**UNITED STATES STEEL CORPORATION,**
*Defendant-Appellant*

---

2021-1334, 2021-1430

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00083-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 11, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 2, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court