IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NEXTEEL CO., LTD., | ) |
| Plaintiff, | ) |
| and | ) |
| SEAH STEEL CORPORATION, | ) |
| Consolidated Plaintiff, | ) |
| v. | ) Consol. Court No. 18-00083 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and, | ) |
| UNITED STATES STEEL CORPORATION, AND MAVERICK TUBE CORPORATION, | ) |
| Defendant-Intervenors. | ) |

**DEFENDANT'S RESPONSE TO SEAH STEEL CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to the Court's Notice of June 6, 2023 (Dkt. No. 134), defendant, the United States, respectfully submits this response to SeAH Steel Corporation's (SeAH) motion for temporary restraining order (Dkt. No. 131). Subsequent to yesterday's hearing on SeAH's motion, SeAH and the Department of Commerce reached a mutually agreed-upon solution to the submission of the academic materials on the administrative record. The solution will allow SeAH to submit the entire academic materials pursuant to the Administrative Protective Order while affording Commerce the flexibility to discuss the academic materials, if necessary, in a

transparent and public manner.  Specifically, SeAH has agreed to file a letter with Commerce confirming SeAH's commitment to resubmit any relevant portions of these materials that Commerce wishes to discuss on the public record, upon Commerce's request and consistent with the fair use doctrine.  Accordingly, SeAH's motion for a temporary restraining order is rendered moot because the parties have resolved the issue.  We conferred with SeAH's counsel, Ms. Amrietha Nellan, and she advised that SeAH concurs that, with this agreement with Commerce, SeAH's motion for a temporary restraining order is rendered moot.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYTON<br>Principal Deputy<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | s/Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| OF COUNSEL: | s/Hardeep K. Josan<br>HARDEEP K. JOSAN |
| MYKHAYLO GRYZLOV<br>Senior Counsel<br>Office of the Chief Counsel<br>    for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>26 Federal Plaza, Suite 346<br>New York, New York 10278<br>Tel.: (212) 264-9245<br>Fax:  (212) 264-1916<br>Email: hardeep.k.josan@usdoj.gov |
| June 7, 2023 | Attorneys for Defendant |