# Winton & Chapman pllc
1900 L Street, N.W., Suite 611
Washington, D.C. 20036
202.774.5500

Jeffrey M. Winton                                                                                          202.774.5503 (Direct)
jwinton@jmwinton.com                                                                                202.478.1996 (Telecopy)

June 7, 2023

<u>By Electronic Filing</u>

The Honorable Jennifer Choe-Groves                            **Public Document**
U.S. Court of International Trade
One Federal Plaza
Suite 1000
New York NY 10278

Re:  Nexteel Co., Ltd. v. United States, Ct. No. 18-00083
— Plaintiff's Letter to the Court

Dear Judge Choe-Groves:

As indicated in the statement filed by Defendant earlier today (ECF No. 135), Plaintiff SeAH Steel Corporation has reached an agreement with the Department of Commerce that should obviate the need for a temporary restraining order concerning the submission of the public version of the academic texts on the record of the remand proceeding.  We therefore respectfully withdraw our June 5, 2023, motion for a temporary restraining order (ECF No. 131) in the above-referenced case.  We greatly appreciate the Court's attention to this matter and its role in helping the parties reach an agreement.

Respectfully submitted,

/s/ Jeffrey M. Winton
Jeffrey M. Winton
Amrietha Nellan

Counsel to SeAH Steel Corporation